**Order filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

——————————

## NO. 14-11-00321-CV

——————————

**KRISTIN McKAMEY, Appellant**

**V.**

**ANTHONY D. HICKS, Appellee**

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2010-75466**

## O R D E R

Appellant's brief was originally due **August 29, 2011.** After appellant was ordered to file her brief, a motion for extension of time was filed. An extension was granted until November 30, 2011. No brief has been filed.

Unless appellant submits her brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **February 23, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM